# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF                    :

RAFAEL MOJICA FONTANEZ AND          :    CASE NO. 09-05099(SEK)
AMERICA NUNEZ ACOSTA,
    DEBTORS                         :    CHAPTER 13
------------------------------

## O R D E R

Pursuant to <u>Jump v. Chase Home Finance, LLC</u> 356 B. R. 789 (1st Cir. BAP, 2006) and 11 U.S.C. § 362 (c) (3) (A), the automatic stay remains in effect to the extent realties mentioned here were property of the estate.

**SO ORDERED**, in San Juan, Puerto Rico, on July 14, 2010.

                                              SARA DE JESUS
                                         U.S. Bankruptcy Judge